NO. 07-02-0160-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 20, 2002

______________________________

KEVIN MEAD AKA RICHARD ALAN WILLIAMS

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 337
TH
 DISTRICT COURT OF HARRIS COUNTY;

NO. 884,328; HON. DON STRICKLIN, PRESIDING

_______________________________

 
DISMISSAL 

_______________________________
 

Before BOYD, C.J., and QUINN and REAVIS, JJ. 

Appellant, Kevin Mead, also known as Richard Alan Williams, appeals from a judgment under which he was convicted of criminally negligent homicide.  Counsel for appellant filed a “Notice of Withdrawal of Appeal” on May 1, 2002 without appellant’s signature as required by Texas Rule of Appellate Procedure 42.2(a).  Accordingly, the appeal was abated and remanded to the 337
th
 District Court of Harris County (trial court) to determine if appellant desired to prosecute the appeal and if he was indigent. 

 Before the trial court could conduct the hearing, appellant filed “Appellant’s Amended Notice of Withdrawal of Appeal” including appellant’s signature as required by Texas Rule of Appellate Procedure 42.2(a).  The appellant states in the notice “that he no longer desires to appeal this matter and will not be proceeding with an appeal of the verdict in this cause of action.”  Accordingly without passing on the merits of this cause we reinstate and dismiss the appeal. 

Having dismissed the appeal based on the appellant’s representations, no motion for rehearing will be entertained and our mandate will issue forthwith.

Brian Quinn

  Justice

Do not publish.